## AMENDED STATEMENT OF FACTS

On July 8, 2019, at approximately 8:30 p.m., officers with the Seventh District Crime Suppression Team drove onto a parking lot of an apartment complex located in the 1300 block of Congress Street, S.E., Washington, D.C. The officers observed the defendant Antonio Cox smoking a marijuana cigarette as he stood next to an automobile on the parking lot of the apartment complex. The officers approached the defendant and asked him to place the marijuana cigarette on the trunk of the automobile. The defendant placed the cigarette on the trunk and when the officers attempted to detain him he broke away from the officers and ran across the parking lot. The officers caught the defendant and after a struggle, they were able to place the defendant in handcuffs. The officers patted the defendant down and felt a firearm in the leg of his pants. The officers recovered a loaded Taurus 9mm semi-automatic pistol from the left leg of the defendant's pants. The firearm was loaded with eleven rounds of 9mm ammunition.

A WALES/NCIC check of defendant Cox revealed he did not have a license to possess a firearm in the District of Columbia. Defendant Cox has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of defendant Cox through the NCIC confirmed that the defendant had a prior felony conviction for Carrying a Pistol Without a License, in the Superior Court for the District of Columbia, Criminal Case No. 2017-CF2-004901. There are no firearms and/or ammunition manufactured in the District of Columbia.

_____
OFFICER RONALD KOCH
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JULY, 2019.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE